**Stuart Hanlon (CASBN. 66104 )**
**Attorney at Law**
**635 Belvedere Street**
**San Francisco, California 94117**
**Telephone: (415) 864-5600**
**Stuart@stuarthanlonlaw.com**

Attorney for Defendant
Brendan Jacy Tatum

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:21-mj-70422-MAG |
| Plaintiff, | Stipulation Request for Bond Requirements |
| vs. | [Proposed] Order |
| Brendan Jacy Tatum | |
| Defendants. | |

**IT IS AGREED** by the parties, through their undersigned attorneys, that on March 12, 2021, Brendan Jacy Tatum was released on bond under the following conditions:

1. Defendant Tatum is using his CalPERS retirement account to secure the bond of $100,000. and that this security must be posted by March 26, 2021 at 10:30 AM.

2. In a letter dated March 16, 2021, CalPERS informed Defendant by letter that the balance of the retirement account is currently in excess of $100,000. (Specific and Personal Account information on file with Pre-trial Services Officer Gustavo Rangel).

3. It was agreed by and through the parties that Mr. Tatum would not be required to sell his retirement account in order to post the surety.

4. It is further stipulated and agreed that while on release and until the bond has been exonerated, Mr. Tatum is Ordered not to encumber said retirement account in any manner or to take out, or attempt to take out, any funds from said account. If there is any such action taken against the account, it will be considered a violation of this agreement and Mr. Tatum will forfeit the bond and be remanded into custody.

5. Both Parties agree that this Bond Stipulation can be filed after the original date of March 26, 2021.

Dated: April 11, 2021

_____/s/_____

STUART HANLON

For Defendant Brendan Jacy Tatum

_____/s/_____

CYNTHIA FREY

Assistant United States Attorney

**Stuart Hanlon (CASBN. 66104 )**
**Attorney at Law**
**635 Belvedere Street**
**San Francisco, California 94117**
**Telephone: (415) 864-5600**
**Stuart@stuarthanlonlaw.com**

Attorney for Defendant
Brendan Jacy Tatum

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:21-mj-70422-MAG |
| Plaintiff, ) | |
| ) | [Proposed] Order |
| vs. ) | |
| Brendan Jacy Tatum, ) | |
| Defendants. ) | |

    Based on the party's stipulation, and good cause having been shown, the Court adopts the Stipulation and makes it an ORDER of the Court.

Dated:

                                                                    HONORABLE SALLIE KIM
                                                                     United States Magistrate Judge